SEP 1 0 2007

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

RECEIVED

| Prob22<br>(3/03)<br><br>**TRANSFER OF JURISDICTION**<br><br>2007 SEP 24 A 11: 07<br>U.S. DISTRICT AL A<br>MIDDLE DISTRICT AL A | DOCKET NUMBER (Tran Court)<br>07M-1153E; A2202290 |
|---|---|
| | DOCKET NUMBER (Rec Court)<br>**07cm1343-CSC** |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br>Steven Edward Butler<br>11945 E. County Road 22<br>Columbia<br>AL 36319 | DISTRICT<br>Western District of Oklahoma | DIVISION<br>United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Shon T. Erwin, United States Magistrate Judge | |
| | DATES OF PROB/TSR RELEASE | FROM<br>June 22, 2007 | TO<br>June 21, 2008 |

Offense:
Possession of Marijuana; Transporting Open Container

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 8-27-07 | |
|---|---|
| Date | United States Magistrate Judge |

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| September 5, 2007 | |
|---|---|
| Date | United States District Judge<br>Magistrate |