SEP 10 2007

UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

RECEIVED

2007 SEP 24 A 11:07

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| Prob22 (3/03) | | DOCKET NUMBER (Tran Court) 07M-1153E; A2202290 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec Court) 07cm1343-CSC |
| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE: Steven Edward Butler 11945 E. County Road 22 Columbia AL 36319 | DISTRICT Western District of Oklahoma | DIVISION United States Probation Office |
| | NAME OF SENTENCING JUDGE Shon T. Erwin, United States Magistrate Judge | |
| | DATES OF PROB/TSR RELEASE | FROM June 22, 2007 / TO June 21, 2008 |

Offense:
Possession of Marijuana; Transporting Open Container

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the United States District Court for the Western District of Oklahoma to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8-27-07
Date

United States Magistrate Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

September 5, 2007
Date

United States District Judge
Magistrate

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
-vs- ) No. 07M-1153€
)
STEVEN E. BUTLER, )
)
Defendant, ) Violation: 21 U.S.C. § 844

# INFORMATION

Nolo.

The United States Attorney charges:
    Offenses contained herein were committed within the special maritime and territorial jurisdiction of the United States of America, specifically the Fort Sill Military Reservation.

## Count 1

On or about March 17, 2007, in Comanche County, in the Western District of Oklahoma,

------------------ STEVEN E. BUTLER ------------------

the defendant herein, did knowingly possess controlled substances without a valid prescription, to wit: marijuana. At approximately 6:00 p.m., MPs stopped a white Chevrolet for having too many passengers while attempting to enter Fort Sill. While conducting a consented search of the vehicle, Officer Melendez found a green leafy substance that later tested positive for tetrahydocannabinol (THC), the active ingredient in marijuana, in the driver's side door handle area.

    All of said act are in violation of Title 21 U.S.C. § 844.

JOHN C. RICHTER
United States Attorney

WILLIAM C. KNOTT JR.  Tim Liesman
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Criminal Law Division
Fort Sill, OK 73503
(580) 442-3900

**CERTIFIED**
I CERTIFY THIS IS A TRUE
AND CORRECT COPY AS
REFLECTED IN THE RECORDS
OF THIS COURT.

_____
MAGISTRATE CLERK

<u>CRIMINAL</u>
## COURTROOM MINUTE SHEET
## UNITED STATES MAGISTRATE JUDGE

Date __6/22/07__

CASE NO: __07M-1153E; A2202290__ U.S.A. vs. __STEVEN BUTLER__

PROCEEDINGS: __✓__ INITIAL APPEARANCE __✓__ ARRAIGNMENT __✓__ (PLEA) CHANGE OF PLEA __✓__ SENTENCING

**MAGISTRATE JUDGE SHON T. ERWIN**   ____ MCR or __✓__ MS

COUNSEL FOR:   Plaintiff __TIMOTHY LIESMANN__
               Defendant __E. TAYLOE, CJA__

Minute:   Enter as above

__✓__ Defendant appears in person.  __✓__ Is Fully apprised.
__✓__ Consents to be tried by U.S. Magistrate  __✓__ Misd.  ____ Petty Offense

____ Waives counsel
____ Retain counsel
__✓__ Request counsel be appointed
__✓__ Approved ____ Denied

## CHARGES AND FINES:

Count __1__ Class __A__ : __Poss of mj__   Charge amended to Class _____ : _____
Count __2__ Class __C__ : __T.O.C.__   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____
Count ____ Class ____ : ____   Charge amended to Class _____ : _____

PLEA   __nolo to both__

Referred to Probation Office: *Pre-Sent.* __/__   TSR __/__   Prob __12 months__
Substance Abuse Aftercare at discretion of P.O. __yes__
Drug testing as per 1994 Crime Bill __yes__

Jail: __/__   Defendant to report to US Marshal on __/__ at ____ am/pm

Total Due: __$1150.00__
**To be paid as Follows:**
In Full on _____
$__150.00__ Monthly beginning __8/1/2007__
Other _____

CERTIFIED
I CERTIFY THIS IS A TRUE AND CORRECT COPY AS REFLECTED IN THE RECORDS OF THIS COURT.

_____
MAGISTRATE CLERK

AO 86A (Rev. 4/91) Consent to Proceed—Misdemeanor

# UNITED STATES DISTRICT COURT

<u>WESTERN</u> DISTRICT OF <u>OKLAHOMA</u>

UNITED STATES OF AMERICA
V.

Butler, Steven

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE IN A MISDEMEANOR CASE**

Case Number: 07M-1153 e

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X _____
   Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by**

X _____
   Defendant

Consented to by United States

_____
Signature

_____
Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

X _____
   Defendant

_____
Defendant's Attorney (if any)

Approved By: _____
U.S. Magistrate Judge

6/22/07
Date

CERTIFIED
I CERTIFY THIS IS A TRUE
AND CORRECT COPY AS
REFLECTED IN THE RECORDS
OF THIS COURT.

_____
MAGISTRATE CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA, )
)
           Petitioner, )
)
v. ) Case No. 07M-1153E
)
Steven Butler )
)
           Defendant. )

## ORDER

In accordance with the Western District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984. The above-named completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds as indicated below.

IT IS HEREBY ORDERED that the:

**X**    Court appoints an attorney from the court's panel of private attorneys established pursuant to the Criminal Justice Act for the Western District of Oklahoma to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

___    The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable cost of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Magistrate Court, 410 S.W. 5th St., Lawton, OK 73501-4675, ____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further Order of the Court.

___    The Court appoints an attorney from the Federal Public Defender Organization in the WESTERN DISTRICT OF MISSOURI

___    The court specifically finds that the Defendant has the financial ability to employ counsel and therefore denies the defendant's application for court appointed counsel.

Dated this 22nd day of June 2007.

CERTIFIED
I CERTIFY THIS IS A TRUE
AND CORRECT COPY AS
REFLECTED IN THE RECORDS
OF THIS COURT.

_____
MAGISTRATE CLERK

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. **Butler**

FOR: WESTERN DISTRICT OF OKLAHOMA
AT: LAWTON, OKLAHOMA

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): **Butler, Steven**

1 ☑ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 07m-1153t
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☑ Misdemeanor
**Poss of Marijuana 21 USC 844. m**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: **E-1**
IF YES, how much do you earn per month? $ **1300**
IF NO, give month and year of last employment
How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☐ No  **N/A**
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

[Att'y Appointed] ASSETS

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No
RECEIVED  SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☑ No  IF YES, state total amount $ 0

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE  DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**
DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors  Total Debt  Monthly Paymt.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **As Testified Before Judge Erwin**

I CERTIFY THIS IS A TRUE AND CORRECT COPY AS REFLECTED IN THE RECORDS OF THIS COURT.

MAGISTRATE CLERK

**E. Tayloe Appointed**

AO 245B * (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __OKLAHOMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| Steven Butler | Case Number: 07M-1153E; A2202290- AMENDED J&C |
| | USM Number: |
| | Emmit Tayloe |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☑ pleaded nolo contendere to count(s)   (1), (2)
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:844 | Possession of Marijuana, a Class A misdemeanor | 3/17/2007 | 1 |
| 18:13,7(21OSA1220) | T. O. C., a Class C misdemeanor | 3/17/2007 | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/22/2007
Date of Imposition of Judgment

_Shon T. Erwin_ (signature)
Signature of Judge

**CERTIFIED**
I CERTIFY THIS IS A TRUE
AND CORRECT COPY AS
REFLECTED IN THE RECORDS
OF THIS COURT.

_____
MAGISTRATE CLERK

Shon T. Erwin — US Magistrate Judge
Name of Judge — Title of Judge

7/26/2007
Date

Judgment—Page __2__ of __6__

DEFENDANT: Steven Butler
CASE NUMBER: 07M-1153E; A2202290

# PROBATION

The defendant is hereby sentenced to probation for a term of:

### TWELVE (12) MONTHS

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Steven Butler
CASE NUMBER: 07M-1153E; A2202290

Judgment—Page _3_ of _6_

## ADDITIONAL PROBATION TERMS

• The defendant shall participate in a substance abuse aftercare program at the discretion of the probation officer. The defendant may be required to contribute to the cost of services rendered (copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

DEFENDANT: Steven Butler
CASE NUMBER: 07M-1153E; A2202290

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 30.00 | $ 1,095.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.
  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Steven Butler
CASE NUMBER: 07M-1153E; A2202290

Judgment—Page 5 of 6

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

A $25.00 processing fee applies to ticket # A2202290 for a total monetary penalty of $1150.00

DEFENDANT: Steven Butler  
CASE NUMBER: 07M-1153E; A2202290

Judgment — Page __6__ of __6__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

    $150.00 per month for eight months (final pmt is $100.00) until fine is paid in full to commence August 1, 2007

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# U.S. District Court
## Western District of Oklahoma[LIVE] (Oklahoma City)
### CRIMINAL DOCKET FOR CASE #: 5:07-mj-01153-STE All Defendants

Case title: United States of America v. Butler

Date Filed: 05/24/2007
Date Terminated: 06/22/2007

Assigned to: Magistrate Judge Shon T. Erwin

**Defendant**

**Steven E Butler** (1)
*TERMINATED: 06/22/2007*

represented by **Donald Emmit Tayloe**
Tayloe Zwaan & Johnson
716 SW A Ave
Lawton, OK 73501
580-248-8004
Fax: 580-248-8292
Email: tayloe@excite.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

MARIJUANA - POSSESSION
21:844.M
(1)

**Disposition**

dft arraigned; atty present; dft entered plea of nolo contendere and was fined $1000 plus $25 SA; he was placed on twelve months probation and ordered to participate in a substance abuse aftercare program and do drug testing;

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| | |
|---|---|
| **United States of America** | represented by **Timothy A Liesmann**<br>Office of the Staff Judge Advocate-FORT SILL<br>Building 462<br>Fort Sill, OK 73503<br>580-442-3900<br>Fax: 580-442-7370<br>Email: timothy.liesmann@conus.army.mil<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/24/2007 | 1 | INFORMATION as to Steven E Butler (1) count(s) 1. (ms, ) (Entered: 05/30/2007) |
| 06/22/2007 | 3 | arrest WARRANT Returned Executed in case as to Steven E Butler. (ms, ) (Entered: 07/06/2007) |
| 06/22/2007 | 4 | ** SEALED DOCUMENT ** CJA 23 Financial Affidavit by Steven E Butler (ms, ) (Entered: 07/06/2007) |
| 06/22/2007 | 5 | ORDER APPOINTING COUNSEL as to Steven E Butler Donald Emmit Tayloe for Steven E Butler appointed.. Signed by Judge Shon T. Erwin on 6-22-07. (ms, ) (Entered: 07/06/2007) |
| 06/22/2007 | 6 | CONSENT To Proceed Before US Magistrate Judge on a Misdemeanor by Steven E Butler. Signed by Judge Shon T. Erwin on 6-22-07. (ms, ) (Entered: 07/06/2007) |
| 06/22/2007 | 7 | MINUTE ENTRY for proceedings held before Judge Shon T. Erwin :Arraignment as to Steven E Butler (1) Count 1 held on 6/22/2007, Initial Appearance as to Steven E Butler held on 6/22/2007, Plea and Sentence Hearing held on 6/22/2007 Steven E Butler (1) Count 1Steven E Butler (1) Plea of nolo contendere and sentencing on Count 1. (ms, ) (Entered: 07/06/2007) |
| 06/22/2007 | 8 | JUDGMENT & Commitment as to Steven E Butler (1), Count(s) 1, dft arraigned; atty present; dft entered plea of nolo contendere and was fined $1000 plus $25 SA; he was placed on twelve months probation and ordered to participate in a substance abuse aftercare program and do drug testing;. Signed by Judge Shon T. Erwin on 6-22-07. (ms, ) (Entered: 07/06/2007) |
| 07/26/2007 | 9 | AMENDED JUDGMENT & Commitment as to Steven E Butler (1), Count(s) 1, dft arraigned; atty present; dft entered plea of nolo contendere and was fined $1000 plus $25 SA; he was placed on twelve months probation and ordered to participate in a substance abuse aftercare program and do drug testing;. Signed by Judge Shon T. Erwin on 7-26-07. (ms, ) (Entered: 07/27/2007) |

| 08/13/2007 | 10 | CJA 20 as to Steven E Butler: Authorization to Pay E Tayloe. Voucher # 070809000101. Signed by Judge Shon T. Erwin on 7/19/07. (dm) (Entered: 08/13/2007) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 09/24/2007 13:32:37 |||||
| PACER Login: | us4894 | Client Code: | | |
| Description: | Docket Report | Search Criteria: | 5:07-mj-01153-STE Start date: 1/1/1970 End date: 9/24/2007 ||
| Billable Pages: | 1 | Cost: | 0.08 ||