IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07-cr-226-CSC |
| | ) | |
| **STEVEN E. BUTLER** | ) | |

## MOTION FOR HEARING ON PETITION FOR REVOCATION

**COMES NOW** the Defendant, **STEVEN E. BUTLER**, through undersigned counsel, Michael J. Petersen, and petitions this Court to set a date and time for a hearing on the Petition for Revocation (Doc #3), in the above-styled case. For the Court's convenience in scheduling this matter, undersigned counsel will be unavailable on Friday, January 4, 2008.

Dated this 2nd day of January 2008.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Alabama State Bar No.: ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 1:07-cr-226-CSC |
| | ) | |
| STEVEN E. BUTLER | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Louis V. Franklin, Sr., Assistant U.S. Attorney, 131 Clayton Street, Montgomery, AL 36101.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
Alabama State Bar No.: ASB-5072-E48M