IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.: 1:07-CR-226-CSC |
| | ) | |
| STEVEN E. BUTLER | ) | |
| | ) | |

**ORDER**

Upon consideration of the *Motion for Hearing on Petition for Revocation* (doc. #10) filed by the defendant , it is

**ORDERED** that the motion be and is hereby **GRANTED**.  A hearing on the petition for revocation is set for **February 5, 2008 at 10:00 a.m., in Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 9th day of January, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE