IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
            v.                      )        CR. NO.  1:07cr226-CSC
                                    )
STEVEN E. BUTLER                    )

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE

JUDGE:

        Comes now the United States of America, by and through its Attorney for the Middle District

of Alabama, and represents and shows unto the Court that there is pending in the United States

District Court for the Middle District of Alabama a Petition for Revocation against Steven E. Butler,

now in custody of Houston County Jail, Dothan, Alabama, and that said cause is set for a revocation

hearing at Montgomery, Alabama, in this Honorable Court on February 5, 2008, at 10:00 a.m.

        WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this

Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Warden,

Houston County Jail, Dothan, Alabama, commanding him to deliver said prisoner to any United

States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said

prisoner before this Honorable Court to be held at Montgomery, Alabama, on February 5, 2008, at

10:00 a.m.

        Respectfully submitted this the 14th day of January, 2008.

                                        Respectfully submitted,

                                        LEURA G. CANARY
                                        UNITED STATES ATTORNEY


                                        /s/Kent B. Brunson
                                        KENT B. BRUNSON
                                        Assistant United States Attorney
                                        131 Clayton Street
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA          )
                                                          )
        v.                                                )          CR. NO.   1:07cr226-CSC
                                                          )
STEVEN E. BUTLER                          )

O R D E R

        Upon consideration of the motion for writ of habeas corpus ad prosequendum filed January

14, 2008, and for good cause shown, it is

        ORDERED that the motion is GRANTED.  The Clerk of this Court is hereby DIRECTED

to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Houston County Jail,

Dothan, Alabama, commanding them to deliver Steven E. Butler, to any United States Marshal or

Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before

this court to be held at Montgomery, Alabama, on February 5, 2008, at 10:00 a.m. and to return the

prisoner to said official when the court shall have finished with him.

        DONE this _____ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE