IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07CR226-CSC |
| | ) | |
| STEVEN BUTLER | ) | |

**ORDER**

On January 18, 2008, the defendant appeared with for an initial appearance on the petition to revoke his probation. At that time, after being advised of his rights, the defendant waived the right to a revocation hearing and entered a plea of guilty to the charges. After consideration of the recommendation of his probation officer and counsel, the court concludes that the conditions of the defendant's probation should be modified to include a requirement that he reside at a community corrections facility or half-way house for a period of six months. Accordingly, it is

ORDERED that the conditions of the defendant's probation be and are hereby modified to include a requirement that he reside at a community corrections facility or half-way house for a period of six months. Pending arrangements for the defendant's placement at such a facility, the defendant will remain in custody.

Done this 18th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE